IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No.  08-cr-00378-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOE CAMACHO,

     Defendant.

## AMENDED ORDER REGARDING DESIGNATION OF EVALUATOR

**THIS MATTER** comes before the Court *sua sponte*.  Due to errors contained therein, the Court **VACATES** its October 9, 2009 Order Regarding Designation of Evaluator **(# 39)** and substitutes this Order in its place.

The matter is before the Court on the Government's NOTICE OF DESIGNATION OF EVALUATOR **(# 38)**.  Pursuant to 18 U.S.C. § 3552(c), the Court directs that the Defendant submit to an evaluation by Dr. Stephen Brake, of Brake and Associates, by **November 18, 2009**.  Dr. Brake shall conduct an offense-specific evaluation of the Defendant in accordance with Colorado Sex Offender Management Board Standards and Guidelines.  Within 45 days of the completion of the examination, Dr. Brake shall supply the Court and counsel with a report of that exmination and a statement of conclusions derived therefrom.

The examination shall be arranged and facilitated by the U.S. Probation Officer assigned to this action, with the cooperation of the Defendant and counsel.

DATED this 23d$^h$ day of October, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge