AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

**DISTRICT OF COLORADO**

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| JOE CAMACHO | CASE NUMBER: 08-cr-00378-MSK |

TO:    The United States Marshal, and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>JOE CAMACHO</u> and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

**charging him with** (brief description of offense)

Violations of Conditions of Bond

_____    _____
Name of Issuing Officer                                    Title of Issuing Officer

_____    Denver, Colorado
Signature of Issuing Officer                              Date and Location

_____    _____
(By) Deputy Clerk                                                Name of Judicial Officer

Bail fixed at $ _____                                        by _____

---

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 5/85) Warrant for Arrest